**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

**Dated: September 30, 2009**

_____
**GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21293/501348419

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Keith James Walters<br>        Debtor.<br>_____<br>Flagstar Bank, FSB<br>        Movant,<br>   vs.<br>Keith James Walters, Debtor, S. William Manera, Trustee.<br><br>        Respondents. | No. 2:09-BK-17661-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 15, 2007 and recorded in the office of the Maricopa County Recorder wherein Flagstar Bank, FSB is the current beneficiary and Keith James Walters has an interest in, further described as:

> T-6, THREE FOUNTAINS TOWNHOMES, according to the Declaration of Horizontal Property Regime recorded in Docket 10658, Page 1002, according to Book 172 of Maps, Page 47, records of Maricopa County, Arizona, together with an undivided interest in and to the common elements as set forth in said Declaration and as designed on said Plat.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT